UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office<br>Judiciary Center Building<br>555 4th Street, N.W.<br>Washington, D.C. 20530,<br><br>          Plaintiff,<br><br>v.<br><br>TWO THOUSAND SEVEN HUNDRED<br>NINETY-SEVEN ($2,797) IN UNITED<br>STATES CURRENCY SEIZED ON<br>MAY 9, 2013, FROM INSIDE A 2005 GMC<br>VAN PARKED ON THE 1400 BLOCK OF<br>ANACOSTIA AVENUE, NORTHEAST, IN<br>WASHINGTON, DISTRICT OF COLUMBIA<br>          Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

    *COMES NOW*, the plaintiff United States of America, by and through the United States Attorney for the District of Columbia, to bring this verified complaint for forfeiture in a civil action *in rem* against the defendant property, which is $2,797.00 in United States currency in cash, which law enforcement officers seized on May 9, 2013, from inside a red 2005 GMC van parked on the 1400 block of Anacostia Avenue, Northeast, in Washington, District of Columbia.  In further support of its cause, plaintiff states as follows:

**NATURE OF THE ACTION AND DEFENDANT *IN REM***

    1.    This is a civil action *in rem* for the forfeiture of the defendant property to the plaintiff, the government of the United States of America.  Pursuant to 21 U.S.C. § 881(a)(6), property is subject to forfeiture to the United States if it is "moneys, negotiable instruments,

securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance, . . . proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate" any violation of Title II of Pub.L. 91-513, commonly called the Controlled Substances Act, as amended, codified at 21 U.S.C. § 801, *et seq.*

      2.     The defendant property is $2,797.00 in United States currency, which law enforcement officers seized on May 9, 2013, from inside a red 2005 GMC van parked on the 1400 block of Anacostia Ave., Northeast, in Washington, District of Columbia. Officers also seized from inside the van: (1) approximately 253 grams of a green weed substance, a portion of which field tested positive for THC, and (2) 10 clear capsules containing a small white powder like substance, a portion of which field tested positive for Amphetamines. The defendant property is described more fully as:

> TWO THOUSAND SEVEN HUNDRED NINETY-SEVEN ($2,797.00) IN UNITED STATES CURRENCY SEIZED ON MAY 9, 2013, FROM INSIDE A 2005 GMC VAN PARKED ON THE 1400 BLOCK OF ANACOSTIA AVENUE, NORTHEAST, IN WASHINGTON, DISTRICT OF COLUMBIA.

The defendant property is in the custody of an agency of the United States government in Washington, D.C. The United States Drug Enforcement Agency (DEA) uses Asset ID Number 13-DEA-585955 for the defendant property.

## JURISDICTION AND VENUE

      3.     This Court has original jurisdiction of this civil action by virtue of 28 U.S.C. § 1345, because it has been commenced by the United States, and by virtue of 28 U.S.C. § 1355(a), because it is an action for the recovery and enforcement of a forfeiture under an Act of Congress. Venue is proper in this District by virtue of 28 U.S.C. § 1355(b)(1), because

this is a forfeiture action or proceeding brought in the district court for the district in which any of the acts or omissions giving rise to the forfeiture occurred, and by virtue of 28 U.S.C. § 1395, because a civil proceeding for the forfeiture of property may be prosecuted in the district in which the property is found.  The defendant property is now, and during the pendency of this action will be, in the jurisdiction of this Court.

4. This civil action *in rem* for forfeiture is governed by 21 U.S.C § 881, 18 U.S.C. § 983, the Federal Rules of Civil Procedure, and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, particularly Rule G.

## STATEMENT OF FACTS

5. On May 9, 2013, members of the Metropolitan Police Department's Sixth District Vice Unit were on patrol in the 1400 block of Anacostia Avenue, Northeast, Washington, D.C., when they observed a parked, red GMC van with MD tags 06283AE.  Upon walking past this parked vehicle, an officer observed a person later identified as Marcus Barnett sitting in the driver's seat of the red van.  Mr. Barnett observed the law enforcement officers and immediately dipped his right shoulder down and began to reach toward the center console.  An officer approached the passenger side of the van and observed a large plastic bag containing a large amount of green weed substance and a digital scale on the floor area of the van next to Mr. Barnett's right leg.  Officers directed Mr. Barnett to exit the vehicle.

6. The green weed substance was recovered from the van floor.  This green weed substance weighed approximately 253 grams and field tested positive for THC.

7. Mr. Barnett was then placed under arrest.  A search of the van incident to arrest recovered (1) twenty-five hundred dollars ($2,500) in United States currency found in the center

console of the van, (2) 10 clear capsules containing a small white powder like substance, a portion of which field tested positive for Amphetamines, found in Mr. Barnett's right front pants pocket, and (3) two hundred ninety-seven dollars ($297.00) in United States currency found in Mr. Barnett's left front pants pocket.

8. Mr. Barnett was charged with possession with intent to distribute Marijuana, as well as possession with intent to distribute Amphetamines, and transported to the Sixth District for processing.

9. The seized $2,797.00 in United States Currency is the defendant *in rem* in this action.

10. After the defendant property was seized, the DEA began procedures to federally adopt the property, and forfeit it to the United States by administrative, non-judicial, process. The DEA gave timely notice of this administrative forfeiture to Marcus Barnett.

11. On or about August 27, 2013, the DEA received a claim of ownership of the defendant property signed under penalty of perjury by Marcus Barnett. The claim filed by Marcus Barnett stated that he was the owner of the defendant currency and contested its seizure. The claim alleges that the defendant currency "was not obtained through illegal activity."

12. Employment checks were conducted for Marcus Barnett. Marcus Barnett has no wage records for the years of 2010, 2011, and 2012.

13. After receiving this claim to the defendant property, the DEA halted the administrative forfeiture process and referred the matter to the United States Attorney's Office for the District of Columbia to commence a civil forfeiture action through the judicial process.

## **COUNT ONE**

14.     The factual statements made in paragraphs 1 through 13 are re-alleged and incorporated by reference herein.

15.     The defendant property constituting $2,797.00 in United States currency in cash seized on May 9, 2013, from inside a red 2005 GMC van parked on the 1400 block of Anacostia Ave., Northeast, in Washington, District of Columbia, is moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by a person in exchange for a controlled substance, proceeds traceable to such an exchange, or moneys, negotiable instruments, or securities used or intended to be used to facilitate a violation of 21 U.S.C. § 801, *et seq.*

16.     As such, the defendant property constituting $2,797.00 in United States currency in cash seized on May 9, 2013, from inside a red 2005 GMC van parked on the 1400 block of Anacostia Ave., Northeast, in Washington, District of Columbia, is subject to forfeiture to the United States.

*WHEREFORE*, the plaintiff respectfully requests that, as to the above-referenced defendant property, due process and warrant of arrest *in rem* issue according to law; that, pursuant to law, notice be provided to all interested parties to appear and show cause why the forfeiture should not be decreed and the defendant property be condemned as forfeited to the United States of America; and for such other and further relief as this Court may deem just, necessary and proper.

Respectfully submitted,

/s/ *Allessandra Stewart*
RONALD C. MACHEN JR.
D.C. Bar No. 447889
United States Attorney

Allessandra Stewart
California Bar # 251239
Assistant United States Attorney
Asset Forfeiture and Money Laundering Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C.   20530
(202) 252-7828

## VERIFICATION

I, Maria Pena, a Special Agent with the Drug Enforcement Agency, declare under penalty of perjury, pursuant to 28 U.S.C. ' 1746, that the foregoing Verified Complaint for Forfeiture *In Rem* is based upon reports and information known to me and/or furnished to me by other law enforcement agents and that everything represented herein is true and correct.

Executed on this 2nd day of December 2013.

*[signature]*
Maria Pena
Special Agent
Drug Enforcement Agency